

**UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION**

**MINUTE SHEET
OF COURT PROCEEDINGS**

---

| | | | |
|---|---|---|---|
| Date: | 5/19/2026 | Type of Hearing: | Motion Hearing |
| Judge: | Tilman E. Self, III | Court Reporter: | Tammy DiRocco |
| Courtroom Deputy: | Vanessa Siaca | | |
| Courtroom: | C | | |

**Case Number:  3:25-cr-00010-002 (TES)**

| | | | |
|---|---|---|---|
| USA | | Counsel: | Mike Morrison |
| v. | | | |
| Josue Serda | | Counsel: | Larae Moore |

*Disclaimer: Contents of this Minute Sheet are for administrative purposes ONLY and are NOT meant as a substitution for the official court record.  Attorneys should contact the court reporter and order a transcript if there are any questions as to the contents herein.*

---

**Court time for JS10/MJSTAR: 2 hours and 8 minutes**

| | |
|---|---|
| 10:47am | Called to order.  The Court heard arguments from the parties regarding **[370] Motion to Sever Defendant** *Pretrial Motion to Sever Count Twenty-five with Memorandum of Law.* The Court **DENIED** the motion. |
| 10:50am | The Court heard arguments from the parties regarding **[372] Motion Limine** *Defendant Serda's MIL Regarding Expert Testimony From FBI Task Force Officer Dana Frost & Others.* The Court **GRANTED** the motion. |
| 10:56am | **[368] Motion to Suppress.**  Examination of Sergeant Lex Ogan by Mike Morrison. |
| 11:26am | Cross examination of Sergeant Lex Ogan by Larae Moore. |
| 11:41am | Witness excused.  The Court heard arguments from the parties regarding [368] Motion. |
| 11:58am | **[388] Motion to Suppress and [389] Amended Motion.** Examination of FBI Agent Jamie Hipkiss by Mike Morrison. |
| 12:08pm | Cross examination of FBI Agent Jamie Hipkiss by Larae Moore. |
| 12:34pm | Redirect by Mike Morrison. |
| 12:36pm | Recross by Larae Moore. |
| 12:42pm | Witness excused.  The Court heard final arguments from the parties regarding [388] and [389] Motions. |

USA v. JOSUE SERDA
3:25-cr-00010-002
Page 2

12:50pm     The Court **DENIED** Motion [388] and [389].  Defendant announced that
            the case is ready for trial starting on June 29, 2026.
12:56pm     Adjourned.